Wendy Medura Krincek, Bar No. 6417
wkrincek@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendants
FOCUS PLUMBING, LLC; FOCUS ELECTRIC, LLC;
FOCUS CONCRETE, LLC; FOCUS FIRE
PROTECTION, LLC; AND FOCUS FRAMING, DOOR
& TRIM, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FOCUS PLUMBING, LLC, FOCUS ELECTRIC, LLC, FOCUS CONCRETE, LLC, FOCUS FIRE PROTECTION, LLC and FOCUS FRAMING, DOOR, & TRIM, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01758-GMN-EJY<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL<br><br>(FIRST REQUEST) |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendants Focus Plumbing, LLC; Focus Electric, LLC; Focus Concrete, LLC; Focus Fire Protection, LLC; and Focus Framing, Door & Trim, LLC (jointly "Defendants") request a seven (7) day extension of time for Defendants to file their Reply in support of their Motion for Partial Dismissal of Plaintiff's Complaint (As to the Retaliation Claim Only), (ECF No. 9), which is currently due Tuesday, January 25, 2022.  Defendants filed their Motion on January 3, 2022.  Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") does not oppose Defendants' request for an extension of time.  Therefore, Defendants and Plaintiff hereby stipulate to extend the time for Defendants to file their Reply to **Tuesday, February 1, 2022**.

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2:21-CV-01758-GMN-EJY

This extension of time is requested by Defendants' counsel, who requires additional time to prepare this reply. Defendants' counsel needs additional time due to trial preparation in another matter. This is the first request for such extension of time by Defendants.  Defendants' request is made in good faith and not for the purpose of delay.

Dated: January 21, 2022

Respectfully submitted,                              Respectfully submitted,


/s/ Andrea E. Ringer                                 /s/ Kelsey E. Stegall
ANNA Y. PARK, ESQ.                                   WENDY MEDURA KRINCEK, ESQ.
NAKKISA AKHAVAN, ESQ                                 KELSEY E. STEGALL, ESQ.
SONYA SHAO, ESQ.                                     LITTLER MENDELSON
ANDREA E. RINGER, ESQ.
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                               Attorneys for Defendants
                                                     FOCUS PLUMBING, LLC; FOCUS ELECTRIC,
Attorneys for Plaintiff                              LLC; FOCUS CONCRETE, LLC; FOCUS FIRE
U.S. EQUAL EMPLOYMENT                                PROTECTION, LLC; and FOCUS FRAMING,
OPPORTUNITY COMMISSION                               DOOR & TRIM, LLC


**IT IS SO ORDERED.**

Dated this __21__ day of January, 2022


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4880-9160-1418.2 / 093870-1006

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2                                    2:21-CV-01758-GMN-EJY