# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>FOCUS PLUMBING, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-01758-GMN-EJY<br><br>**Order** |

This matter is set for an early neutral evaluation. *See* Docket No. 11. "The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion." Local Rule 16-6(c). The undersigned has reviewed the parties' evaluation statements. Based on the positions taken therein, conducting an early neutral evaluation would be futile. Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned from the docket as a settlement judge.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge