Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Derek Li, CA SBN 150122
derek.li@eeoc.gov
Natalie Nardecchia, CA SBN 246486
natalie.nardecchia@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301

Attorneys for Plaintiff, EEOC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS PLUMBING, LLC, FOCUS ELECTRIC, LLC, FOCUS CONCRETE, LLC, FOCUS FIRE PROTECTION, LLC, and FOCUS FRAMING, DOOR, & TRIM, LLC, collectively dba FOCUS COMPANIES GROUP OF NEVADA, and DOES 1- 10, inclusive,<br>Defendants. | Case No.: 2:21-cv-01758-GMN-EJY<br><br>**PLAINTIFF EEOC'S NOTICE OF CORRECTED DOCUMENT RE [38] [PROPOSED] CONSENT DECREE** |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANTS, AND ALL ATTORNEYS OF RECORD:**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") hereby files a corrected [Proposed] Consent Decree that includes all dates on the signature page.

Dated: October 12, 2022

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: *<u>/s/ Natalie Nardecchia</u>*
Natalie Nardecchia
Trial Attorney